**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00560-CV

## ROWAN & SIBLINGS, INC. AND MAHER HUSSEINI AKA MAHER KHALIL HUSSEINI, Appellants

### V.

## TARA ENERGY, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1017116**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 29, 2013. On November 26, 2013, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.